IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FARRON WESLEY KING, | ) | |
| AIS # 191908 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:08-CV-448-WKW |
| | ) | [WO] |
| J.C. GILES, WARDEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On July 17, 2008, the Magistrate Judge filed a Recommendation (Doc. #10) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation (Doc. #10) of the Magistrate Judge is ADOPTED;

2. The petition for habeas corpus relief is DENIED; and

3. The petition is DISMISSED without prejudice to afford Petitioner Farron Wesley King an opportunity to exhaust all available state remedies.

An appropriate judgment will be entered.

Done this 12th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE