IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FARRON WESLEY KING, | ) | |
| AIS # 191908 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:08-CV-448-WKW |
| | ) | [WO] |
| J.C. GILES, WARDEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 12th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE